HENRY SINGER, petitioner,

*v.*

BESSIE FELD SINGER, defendant.

[Determined June 25th, 1924.]

On petition for divorce.

*Mr. William Charlton,* for the petitioner.

*Mr. Joseph B. Perskie,* for the defendant.

INGERSOLL, V. C.

Without reciting the testimony, I am convinced that the petitioner is entitled to a decree.